# EXHIBIT A

```
DIANNE D. CALHOUN                    :     IN THE
15440 General Lafayette Blvd.
Brandywine, MD 20613                 :     CIRCUIT COURT

    Plaintiff                        :     FOR

v.                                   :     CHARLES COUNTY

BATH & BODY WORKS, LLC               :
3025 Marketplace
Waldorf, MD 20603                    :
SERVE ON: Resident Agent
The Corporation Trust,               :
Incorporated
2405 York Road, Ste 201              :
Lutherville, MD 21093-2264
                                     :
    Defendant
                                     :
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

<u>COMPLAINT</u>
<u>PRAYER FOR JURY TRIAL</u>
<u>CIVIL INFORMATION SHEET</u>

Dianne D. Calhoun, Plaintiff, by Todd L. Schuler, and Blondell, Miller & Schuler, her attorneys, sues the Defendant, Bath & Body Works, LLC, to wit:

<u>PREAMBLE</u>

1. Dianne D. Calhoun, Plaintiff, is a resident of Prince George's County Maryland.

2. Bath & Body Works, LLC, is a corporation doing business in the State of Maryland.

3. This action arises from inadequate and negligent maintenance at the Bath & Body Works, LLC, on December 28, 2020, at 3025 Marketplace, in Charles County, Maryland.

1

STATEMENT OF FACTS

4.  On December 28, 2020, the Plaintiff, Dianne D. Calhoun, went to the Defendant's place of business to do some shopping with.

5.  As the Plaintiff was shopping in the store, she walked up to the cash register to pay for her merchandise.

6.  The Plaintiff was standing in front of the counter when she turned to exit the store.

7.  As the Plaintiff was walking toward the exit the Plaintiff tripped and fell over cords that had been taped to the floor, falling to the ground and causing serious bodily injuries.

COUNT ONE

Now comes the Plaintiff, Dianne D. Calhoun, and sues the Defendant, Bath & Body Works, LLC, and reallege and incorporate by reference all those facts and allegations in Paragraphs One through Seven above and further allege:

8.  The Defendant owed a duty to the Plaintiff to use reasonable and ordinary care to keep the floor of the Bath & Body Works, where invitees were expected to walk, free from unsafe conditions, and to give reasonable notice of an unsafe condition.

9.  The Plaintiff's injuries were caused by the recklessness, carelessness and negligence of the Defendant in that their agents, servants and employees:

   a.  created a hazardous and dangerous condition in the Bath & Body Works store by allowing employees to

GB IA Recv 2022061310138

tape cords to the floor where invitees were expected to walk;

    b. failed to warn invitees generally, and the Plaintiff specifically, of the danger posed by the presence of the taped cords in an area where invitees were expected to walk;

    c. failed to keep a proper lookout for invitees shopping in the store;

    d. And, in other respects operated and managed the Bath & Body Works store in a dangerous and negligent manner.

10. As a direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff:

    a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress and loss of the capacity for the enjoyment of life;

    b. was, is, and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate his injuries, pain and suffering;

    c. was, is, and will be precluded from engaging in normal activities and pursuits, including a loss of ability to earn money and of actual earnings;

    d. and, otherwise was hurt, injured and caused to sustain losses.

GB IA Recv 2022061310138

11. All of the Plaintiff's losses and damages were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant.

12. None of the Plaintiff's losses or damages were the result of any negligence or want of due care on her part contributing thereto.

WHEREFORE, this Plaintiff claims damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

BLONDELL, MILLER & SCHULER, and

Todd L. Schuler AIS#0306180233
628 Eastern Boulevard
Baltimore, MD 21221
410-687-7878
410-687-4657 - Fax
Todd@blondellmiller.com
Attorneys for Plaintiff

TLS:gar
06/08/2022

4

GB IA Recv 2022061310138

```
DIANNE D. CALHOUN                :    IN THE
15440 General Lafayette Blvd.
Brandywine, MD 20613             :    CIRCUIT COURT

        Plaintiff                :    FOR

v.                               :    CHARLES COUNTY

BATH & BODY WORKS, LLC           :
3025 Marketplace
Waldorf, MD 20603                :
SERVE ON: Resident Agent
The Corporation Trust,           :
Incorporated
2405 York Road, Ste 201          :
Lutherville, MD 21093-2264
                                 :
        Defendant
                                 :
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>PRAYER FOR JURY TRIAL</u>

Sir/Madam Clerk:

   The Plaintiff elects and prays to have this case tried before a jury.

                                    BLONDELL, MILLER & SCHULER, and

                                    _____
                                    Todd L. Schuler AIS#0306180233
                                    628 Eastern Boulevard
                                    Baltimore, MD 21221
                                    410-687-7878
                                    410-687-4657 – Fax
                                    Todd@blondellmiller.com
                                    Attorneys for Plaintiff

GB IA Recv 2022061310138